UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Ericka L. Walker,

Plaintiff

vs.

Saks Incorporated d/b/a
Saks Fifth Avenue,

Defendant

Civil No. 01-CV-694 RHK/JMM

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant be permitted an extension up to and including Thursday, June 7, 2001, to file a responsive pleading in the above-entitled action.

Dated: June 4, 2001

WILLIAM J. EGAN, PLC

By: [signature]
William J. Egan (166029)
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
952/836-2770
Attorneys for Plaintiff

Dated: 5-29-01

PARSINEN KAPLAN
ROSBERG & GOTLIEB P.A.

By: [signature]
Joseph M. Sokolowski (#178366)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
(612) 333-2111
Attorneys for Defendant

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

301704v2

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant is granted an extension up to and including June 7, 2001 to file a responsive pleading in the above entitled action.

BY THE COURT:

Dated: 6/5/01

The Honorable John M. Mason
United States District Court Magistrate Judge