**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ericka L. Walker,

Plaintiff, Civil No. 01-694 (RHK/JMM)

vs. **O R D E R**

Saks Incorporated, d/b/a Saks Fifth Avenue,

Defendant.

---

The May 3, 2002 hearing on Defendant's Motion for Summary Judgment is **RESCHEDULED** to Thursday, May 16th, at 8:30 a.m. in St. Paul. Plaintiff's responsive brief is due (filed in St. Paul and provided to counsel) by April 22. Because Defendant's Memorandum in Support of Summary Judgment is 35 pages in length (the maximum pages for **BOTH** opening and reply briefs), no Reply Memorandum will be permitted.

Dated: April 17, 2002

RICHARD H. KYLE
United States District Judge

FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK