ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Ericka L. Walker,<br><br>Plaintiff,<br><br>vs.<br><br>Saks Incorporated d/b/a<br>Saks Fifth Avenue,<br><br>Defendant. | ) | CIVIL NO. 01-694 (RHK/JMM)<br><br>**ORDER** |

The above-entitled matter came before the undersigned pursuant to Defendant's Motion for Leave to File Briefs in Excess of Thirty-Five Pages. Based upon the submissions of the Defendant, and upon all of the files, records and proceedings herein, it is hereby **ORDERED** that Defendant shall be allowed to submit a Reply Memorandum totaling no more than five (5) pages which is due (filed in St. Paul and served on opposing counsel) by May 3, 2002.

BY THE COURT

Dated: 4/28/02

RICHARD H. KYLE
United States District Judge

APR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

329707v1